UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                         Plaintiff,

      v.

STEVEN RAY,

                         Defendant.
_____

DECISION AND ORDER

15-CR-6004L

Defendant Steven Ray ("Ray") previously filed several motions for release and this Court denied them all in a Decision and Order entered May 13, 2020 (Dkt. #206).  Ray has now filed a spate of new motions, including two motions to reconsider (Dkt. ##210, 212) and a new motion for compassionate release (Dkt. #216).

There is no basis to modify or change this Court's May 13, 2010 Decision and Order (Dkt. #206) denying Ray's requests for release.  Therefore, all the new motions are and should be denied.

### CONCLUSION

Defendant Steven Ray's motions (Dkt. ##210, 212, 216) are in all respects DENIED.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       July 20, 2020.