UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                       Plaintiff,

      v.

STEVEN RAY,

                       Defendant.
_____

<u>DECISION AND ORDER</u>

15-CR-6004L

      Defendant Steven Ray ("Ray") moves (Dkt. #253) once again for an order terminating his three-year term of supervised release. This Court recently denied a similar motion (Dkt. #252) on April 13, 2022. There appears to be nothing new in the current motion and therefore, at this time, I deny the request.

## CONCLUSION

      Defendant Steven Ray's motion (Dkt. #253) for this Court to reconsider its prior Order denying early termination of supervised release is in all respects DENIED.

      IT IS SO ORDERED.

                                           _____
                                             DAVID G. LARIMER
                                           United States District Judge

Dated: Rochester, New York
       June 15, 2022.